```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    Civil Action: 2:20-cv-04328-GRB-ARL
-------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
 GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,
                                Plaintiffs,
                                                         STIPULATION
         -against-                                       TO EXTEND TIME
                                                         TO ANSWER
NASSAU QUEENS MEDICAL P.C., TONUCA BASU,
M.D., PRADIP SEDANI, M.D., RAPAPUNCTURE
 MEDICAL P.C., GIDEON RAPAPORT, M.D.,
ALINA AMINOVA, L.AC., NATALIA BRIGHT,
L.AC., YC ACUPUNCTURE, P.C., YURI CHOI, L.AC.,
GOOD CARE PHYSICAL THERAPY P.C., SUN
JOO KIM, P.T., EVERGREEN PHYSICAL THERAPY
REHABILITATION, P.C., HYUNGTAE KIM, P.T.,
FOUR SEASONS CHIROPRACTIC P.C., DONG HAWN
LEE, D.C., ASAP CHIROPRACTIC P.C., SAMUE
PARK, D.C., MICHAEL KIMMEL, D.C., DAVINDER
SINGH, MILLENNIUM HEALTH MANAGEMENT,
INC., and JOHN DOE DEFENDANTS NOS. 1-5,

                                Defendants.
-----------------------------------------------------------------X
```

**IT IS** HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the time for Defendants NASSAU QUEENS MEDICAL P.C., TONUCA BASU, M.D. PRADIP SEDANI, M.D., RAPAPUNCTURE MEDICAL P.C., GIDEON RAPAPORT, M.D., EVERGREEN PHYSICAL THERAPY REHABILITATION, P. HYUNGTAE KIM, P.T. DAVINDER SINGH, MILLENNIUM HEALTH MANAGEMENT, INC's time to serve and file an Answer/ Responsive Pleading to the Complaint in this matter is hereby extended up to and including November 19th, 2020. The Defendants hereby waive any objections based upon insufficiency of process and lack of personal jurisdiction. Electronic signatures shall be deemed originals for the purposes of this Stipulation.

.

Dated: Rockville Centre, NY
       Oct. 22, 2020

| | |
|---|---|
| **RIVKIN RADLER, LLP** | **LAW OFFICES OF GABRIEL & MOROFF, P.C.** |
| *Attorneys for Plaintiffs* | *Attorneys for* NASSAU QUEENS MEDICAL P.C., TONUCA BASU, M.D. PRADIP |

SEDANI, M.D., RAPAPUNCTURE
MEDICAL P.C., GIDEON RAPAPORT,
M.D., EVERGREEN PHYSICAL THERAPY
REHABILITATION, P. HYUNGTAE KIM,
P.T. DAVINDER SINGH, MILLENNIUM
HEALTH MANAGEMENT, INC's

By: /S/ *Joshua D. Smith*_____     By: /S/ *Joseph J. Padrucco*_____
Joshua D. Smith Esq                   Joseph J. Padrucco Esq. (JP 9126)
926 RXR Plaza                         2 Lincoln Ave 4th Fl
Uniondale, New York 115566-0926       Rockville Centre, New York 11570