

Robert E. Dash
Karen E. Wagner
Michael Tomforde
James Errera

*Paralegals:*
Andrea Humphrey
Roxanne Bello

# DASH LAW FIRM, P.C.

Via ECF

December 24, 2020

The Hon. Gary R. Brown
United Stated District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      **Re:**    **Government Employees Insurance Company, et al. v. Nassau Queens Medical, PC, et. Al.
Case No: 2:20 CV 04328-GRB-ARL**

Dear Judge Brown,

      Please be reminded that the office of the undersigned represents GOOD CARE PHYSICAL THERAPY P.C. & SUN JOO KIM, P.T. and MICHAEL KIMMEL, D.C. in the above referenced matter.

      Please allow this correspondence to serve as our request for an extension to file our Answer, which is due on February 8, 2021. The Plaintiff GEICO has been in discussion regarding settlement terms with Defendants GOOD CARE PHYSICAL THERAPY P.C. & SUN JOO KIM, P.T. and MICHAEL KIMMEL, D.C. and are believed to be close to an agreement. We would appreciate the Court granting this extension to file our Answer with the intent to conclude Defendants GOOD CARE PHYSICAL THERAPY P.C. & SUN JOO KIM, P.T. and MICHAEL KIMMEL, D.C. involvement in this case. Also note that Plaintiff has given their consent to this request.

      The courtesy of the additional time would be greatly appreciated. Please allow our Answer to be served by February 8, 2021.

      Very truly yours,

      **DASH LAW FIRM, PC**

      By: Robert Dash, Esq. **(RED 5558)**

Office Address: 110 Marcus Drive, Melville, New York 11747
Mailing Address: P.O. Box 280, Farmingdale, New York 11735
Telephone (631) 465-0058 ● (516) 931-5668 | Facsimile (631) 465-0057 ● (516) 931-5647
web: www.dashlawny.com | email: rdash@dashlawny.com